UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHAN R. ALICEA,<br><br>                Plaintiff,<br><br>   v.<br><br>SCORE JAIL, et al.,<br><br>                Defendant. | No. C16-5153 RBL-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation [Dkt. #44].

(2) Defendant Pierce County Jail's motion to dismiss [Dkt. #32] is **GRANTED;** Plaintiff's claims against Pierce County Jail only are **Dismissed with Prejudice**.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 4th day of October, 2016.

                                                    Ronald B. Leighton
                                                    United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1