UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHAN R. ALICEA,<br><br>        Plaintiff,<br> v.<br><br>SCORE JAIL, et al.,<br><br>        Defendants. | No. C16-5153 RBL-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation [Dkt. #58].

(2) Defendants' Motion for Summary Judgment [Dkt. #53] is **GRANTED**; Plaintiff's claims against SCORE Jail and Spencer Summers are **dismissed with prejudice.**

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

**DATED** this 24th day of February, 2017.

                Ronald B. Leighton
                United States District Judge