HONORABLE RONALD B. LEIGHTON

FILED ____ LODGED
____ RECEIVED

JUL 26 2017

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHAN R ALICEA, | CASE NO. C16-5153-RBL-KLS |
| Plaintiff, | ORDER ADOPTING R&R |
| v. | |
| SCORE JAIL, et al., | DKT. #71 |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Therese L. Fricke and the remaining record, does hereby find and ORDER:

(1) The Court adopts Judge Fricke's Report and Recommendation [Dkt. #71].

(2) Defendant Zachary Johnson's Motion for Summary Judgment [Dkt. #66] is GRANTED. Plaintiff's claims against Johnson are DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this order to Alicea, defendants' counsel, and Judge Fricke.

Dated this 25 day of July, 2017.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING R&R - 1