HONORABLE RONALD B. LEIGHTON

FILED ___ LODGED
___ RECEIVED
JUL 26 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHAN R ALICEA, | CASE NO. C16-5153-RBL-TLF |
| Plaintiff, | ORDER ADOPTING R&R |
| v. | |
| SCORE JAIL, et al., | DKT. #72 |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Therese L. Fricke and the remaining record, does hereby find and ORDER:

(1) The Court adopts Judge Fricke's Report and Recommendation [Dkt. #72].

(2) Defendant Naphcare's Motion for Summary Judgment [Dkt. #61] is GRANTED.

(3) Plaintiff's claims against Naphcare, Inc. and John Slothower are DISMISSED with prejudice.

(4) The Clerk is directed to send copies of this order to Alicea, defendants' counsel, and Judge Fricke.

Dated this 26th day of July 2017.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING R&R - 1